

Collapse all

**Diversity Scholarship Guidelines and Selection Process**

- Scholarship Guidelines
    - Applicant must submit a complete and accurate online application by the stated deadline.
    - Applicant must include a narrative, in 1,000 words or less, that describes why he or she is pursuing this educational scholarship, his or her educational and employment goals, and how the scholarship would be of benefit.
    - Diversity scholarships are not awarded for course work already taken.
    - Scholarship payments are made directly to the educational institution. The institution must submit an invoice to NAEMT for payment.
    - Recipient must begin the educational program in the term for which the award is granted.
    - Recipient will fully complete the EMS program for which scholarship is awarded.  Recipient who withdraws or discontinues the educational program prior to completion for reasons within his or her control (i.e., dropping the course, academic dismissal for absences, etc.) must immediately refund scholarship funds. No refund will be required for recipient who is unable to continue in the EMS program for reasons beyond their control. Proof of reasons for program termination will be required.
    - Recipient must maintain passing grades and remain in good standing throughout the course of study. Recipient may be asked to submit grades each term prior to the next scholarship payment.
    - Recipient of Diversity scholarships must seek certification by testing upon completion of their EMS educational program.
    - Recipient must provide follow-up information and respond to NAEMT requests pertaining to their education and career.
    - Recipient must sign a contract agreeing to these scholarship guidelines.
- Scholarship Selection Process
    - Only those online applications which are complete and received by the deadline will be considered.
    - NAEMT will notify all applicants by email of the status of their application.
    - This scholarship will be awarded to students of color who are not currently certified as an EMS practitioner, based on the established criteria.

| JOIN | ADVOCACY | EVENTS | ABOUT NAEMT |
| --- | --- | --- | --- |
| Join Overview | Advocacy Overview | Events Overview | NAEMT Overview |
| Membership Categories | Online Legislative Service | EMS On The Hill Day | Board of Directors |
| Member Benefits | Advocacy Coordinators | NAEMT Annual Meeting | NAEMT Committees |
| Join | NAEMT EMS PAC | World Trauma Symposium | Our Staff |

