**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DO NO HARM**                                                                                  **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 3:24-CV-11-CWR-LGI**

**NATIONAL ASSOCIATION OF
EMERGENCY MEDICAL TECHNICIANS**                           **DEFENDANT**

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant National Association of Emergency Medical Technicians ("NAEMT"), through counsel, and moves the Court to dismiss Plaintiff's Verified Complaint [Doc. 1] for lack of Article III standing, or in the alternative, for failure to state a claim.

In support thereof, NAEMT relies on the contemporaneously filed Memorandum in Support of its Motion.

**WHEREFORE PREMISES CONSIDERED**, Defendant NAEMT respectfully requests the Court grant its Motion and dismiss all of Plaintiff's claims of relief and Verified Complaint with prejudice. NAEMT requests all other and further relief to which it may be entitled to under the circumstances.

Respectfully submitted, this the 29th day of February, 2024.

> NATIONAL ASSOCIATION OF
> EMERGENCY MEDICAL TECHNICIANS
>
> */s/ R. Jarrad Garner*
> R. Jarrad Garner (MSB #99584)
> Mary Clark Joyner (MSB #105954)
> ADAMS AND REESE LLP
> 1018 Highland Colony Parkway, Suite 800
> Ridgeland, Mississippi 39157
> (p) 601-353-3234
> (f) 601-355-9708
> jarrad.garner@arlaw.com
> maryclark.joyner@arlaw.com
> *Attorneys for NAEMT*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

THIS the 29th day of February, 2024.

> */s/ R. Jarrad Garner*