IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DO NO HARM**                                                                                                  **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO. 3:24-CV-11-CWR-LGI**

**NATIONAL ASSOCIATION OF**
**EMERGENCY MEDICAL TECHNICIANS**                                       **DEFENDANT**

## STIPULATION OF DISMISSAL

Per Rule 41(a)(1)(A)(ii), the parties stipulate to the following:

1. National Association of Emergency Medical Technicians ("NAEMT") created and administered the NAEMT Diversity Scholarship program.

2. Plaintiff, Do No Harm, filed this suit on January 10, 2024, and amended its Complaint on March 4, 2024, alleging that NAEMT is violating 42 U.S.C. §1981 with regard to its Diversity Scholarship program.

3. When Do No Harm sued, NAEMT's Diversity Scholarship page stated that that scholarship was established "to help support underrepresented groups in joining the EMS profession . . ." The scholarship criteria iterated that scholarships "will be awarded to students of color who are not currently certified as an EMS practitioner."

4. Defendant will revise the NAEMT scholarship program as follows: So long as NAEMT continues to offer the Diversity Scholarship, the program will not have any eligibility requirement or preference based on applicants' race or ethnicity.

5. This case is hereby dismissed with prejudice. Both sides will pay their own fees and costs.

Respectfully submitted,

*/s/ Cameron T. Norris*
Thomas R. McCarthy (DC Bar No. 489651)\*
Cameron T. Norris (VA Bar No. 91524)\*
    *Lead Counsel*
Frank H. Chang (DC Bar No. 1686578)\*
C'Zar Bernstein (DC Bar No. 1736561)\*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
cam@consovoymccarthy.com
frank@consovoymccarthy.com
czar@consovoymccarthy.com

\*pro hac vice

*/s/ Emily S. Nobile*
Emily S. Nobile (MS Bar o. 101475)
P. O. Box 6592
Gulfport, MS 39506
(601) 493-9350
Esnobile@gmail.com

*Attorneys for Plaintiff Do No Harm*

Dated: April 17, 2025

*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Mary Clark Joyner (MSB #105954)
Adams and Reese LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
Jarrad.Gardner@arlaw.com
Maryclark.Joyner@arlaw.com

*Attorneys for Defendant National Association of Emergency Medical Technicians*

2